396 A.2d 10

Belin v. Belin, Appellant.

Argued September 13, 1978. Joseph L. Fox, with him Harry Brodsky, for appellant; Mary B. Stein, with her Robert Land, for appellee.

Before VAN der VOORT, WATKINS, and MONTGOMERY, JJ.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of

the opinion that the court below properly granted a decree in divorce in this case.